# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| CINEMARK HOLDINGS, INC., *et al.*, | § |  |
|---|---|---|
|  | § |  |
| Plaintiffs, | § |  |
|  | § |  |
| v. | § | Civil Action No. 4:21-cv-11-ALM |
|  | § |  |
| FACTORY MUTUAL INSURANCE COMPANY, | § |  |
|  | § |  |
| Defendant. | § |  |

## AMENDED SCHEDULING ORDER

Pending before the Court is the Joint Motion to Amend the Scheduling Order (Dkt. #57). Having considered the Motion, the Court finds it should be **GRANTED**. It is hereby **ORDERED** that the deadlines established in the Court's Scheduling Order (Dkt. #26) are reset:

| ORIGINAL DEADLINE | PROPOSED NEW DEADLINE | EVENT |
|---|---|---|
| June 2, 2021 | June 4, 2021 | Disclosure of expert testimony pursuant to Fed. R. Civ. P.26(a)(2) and Local Rule CV-26(b) on issues for which the party bears the burden of proof. |
| June 16, 2021 |  | Deadline for Plaintiff to file amended pleadings. (A motion for leave to amend is required.) |
| June 30, 2021 | July 6, 2021 | Disclosure of expert testimony pursuant to Fed. R. Civ. P. 26(a)(2) and Local Rule CV-26(b) on issues for which the party does not bear the burden of proof. |
| June 30, 2021 |  | Deadline for Defendants' final amended pleadings. (A motion for leave to amend is required.) |
| September 17, 2021 |  | Deadline for motions to dismiss, motions for summary judgment, or other dispositive motions. |
| July 14, 2021 |  | Deadline to object to any other party's expert witnesses. Objection shall be made by a motion to strike or limit expert testimony and shall be accompanied by a copy of the expert's report in order to provide the court with all the information necessary to make a ruling on any objection. |

| | | |
|---|---|---|
| September 8, 2021 | | All discovery shall be commenced in time to be completed by this date. |
| August 18, 2021 | | Deadline by which the parties shall notify the Court of the name, address, and telephone number of the agreed-upon mediator, or request that the Court select a mediator, if they are unable to agree on one. |
| September 29, 2021 | | Mediation deadline. |
| December 23, 2021 | | Notice of intent to offer certified records |
| December 23, 2021 | | Counsel and unrepresented parties are each responsible for contacting opposing counsel and unrepresented parties to determine how they will prepare the Joint Final Pretrial Order (See www.txed.uscourts.gov) and Joint Proposed Jury Instructions and Verdict Form (or Proposed Findings of Fact and Conclusions of Law in non-jury cases). |
| December 30, 2021 | | Video Deposition Designation due. Each party who proposes to offer a deposition by video shall serve on all other parties a disclosure identifying the line and page numbers to be offered. All other parties will have seven calendar days to serve a response with any objections and requesting cross-examination line and page numbers to be included. Counsel must consult on any objections and only those which cannot be resolved shall be presented to the court. The party who filed the initial Video Deposition Designation is responsible for preparation of the final edited video in accordance with all parties' designations and the Court's rulings on objections. |
| January 4, 2022 | | Motions in limine due.File Joint Final Pretrial Order. (See www.txed.uscourts.gov). |
| January 20, 2022 | | Response to motions in limine due. |
| January 20, 2022 | | File objections to witnesses, deposition extracts, and exhibits, listed in pre-trial order. (This does not extend the deadline to object to expert witnesses) (Provide the exhibit objected to in the motion or response). If numerous objections are filed the court may set a hearing prior to docket call. File Proposed Jury Instructions/Form of Verdict (or Proposed Findings of Fact and Conclusions of Law). |
| To be determined | | If numerous objections are filed the Court may set a hearing to consider all pending motions and objections. |
| February 3, 2022 | | Final Pretrial Conference at 9:00 a.m. at the Paul Brown United States Courthouse located at 101 East Pecan Street in Sherman, Texas. Date parties should |

| | | |
|---|---|---|
| | | be prepared to try case. All cases on the Court's Final Pretrial Conference docket for this day have been set at 9:00 a.m. However, prior to the Final Pretrial Conference date, the Court will set a specific time between 9:00 a.m. and 4:00 p.m. for each case, depending on which cases remain on the Court's docket. |
| To be determined | | 10:00 a.m. Jury selection and trial at the Paul Brown United States Courthouse located at 101 East Pecan Street in Sherman, Texas. Cases that remain for trial following the Court's Pretrial docket will be tried between **February 28, 2022, and April 1, 2022**. A specific trial date in this time frame will be selected at the Final Pretrial Conference. |

**IT IS SO ORDERED.**

**SIGNED this 4th day of June, 2021.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE

3