IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| CINEMARK HOLDINGS, INC., *et al.*, § § | |
| Plaintiffs, § § | |
| v. § § | Civil Action No. 4:21-cv-11-ALM |
| FACTORY MUTUAL INSURANCE COMPANY, § § § § | |
| Defendant. § | |

**NOTICE OF COMPLIANCE**

Plaintiffs Cinemark Holdings, Inc.; Cinemark USA, Inc.; CNMK Texas Properties, LLC; Century Theaters, Inc.; Cinemark Partners II, Ltd.; Greeley, Ltd.; and Laredo Theatre, Ltd. hereby notify the Court that they have serving their Disclosure of expert testimony pursuant to Fed. R. Civ. P.26(a)(2) and Local Rule CV-26(b) upon opposing counsel *via* email on June 4, 2021.

Dated: June 7, 2021

Respectfully submitted,

*/s/ Melissa R. Smith*
Michael S. Levine*
District of Columbia Bar No. 449272
mlevine@huntonAK.com
HUNTON ANDREWS KURTH LLP
2200 Pennsylvania Ave. SW, Suite 500
Washington, DC  20037-1701
Telephone:    (202) 955-1857
Facsimile:    (202) 778-2201

Jarret L. Hale
Texas Bar No. 2404605
jhale@huntonAK.com
Abigail M. Lyle
Texas Bar No. 24095189
alyle@huntonAK.com
Michael Horne
Texas Bar No. 24083200
mhorne@huntonAK.com
HUNTON ANDREWS KURTH LLP
1445 Ross Avenue, Suite 3700
Dallas, TX  75202
Telephone:     (214) 979-3000

Rachel E. Hudgins*
Georgia Bar No. 123342
rhudgins@huntonAK.com
HUNTON ANDREWS KURTH LLP
600 Peachtree Street, N.E., Suite 4100
Atlanta, GA  30308-2216
Telephone:     (404) 888-4000
Facsimile:      (404) 888-4190

Michael L. Huggins*
California Bar No. 305562
mhuggins@huntonAK.com
HUNTON ANDREWS KURTH LLP
50 California Street, Suite 1700
San Francisco, CA  94111
Telephone:     (415) 975-3744
Facsimile:      (415) 975-3701

Casey L. Coffey*
Florida Bar No. 1025941
ccoffey@huntonAK.com
HUNTON ANDREWS KURTH LLP
333 SE 2nd Avenue, Suite 2400
Miami, FL  33131
Telephone:     (305) 810-2500
Facsimile:      (305) 810-2460

                                                Melissa R. Smith
                                                Texas Bar No. 24001351
                                                melissa@gillamsmithlaw.com
                                                GILLAM & SMITH LLP
                                                303 S. Washington Avenue
                                                Marshall, TX  75670
                                                Telephone:     (903) 934-8450
                                                Facsimile:      (903) 934-9257

                                                ***Attorneys for Plaintiffs***

                                                *Admitted Pro hac vice

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on this the 7th day of June, 2021 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

                                                */s/ Melissa R. Smith*
                                                Melissa R. Smith