# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| CINEMARK HOLDINGS, INC., *et al.*, | § | |
|---|---|---|
| Plaintiffs, | § | |
| v. | § | Civil Action No. 4:21-cv-11-ALM |
| FACTORY MUTUAL INSURANCE COMPANY, | § | |
| Defendant. | § | |

## SECOND AMENDED SCHEDULING ORDER

Pending before the Court is the Parties' Joint Motion to Amend/Correct the Scheduling Order (Dkt. #79). It is hereby **ORDERED** that the deadlines established in the Court's Amended Scheduling Order (Dkt. #74) are hereby reset as follows:

| DEADLINE | EVENT |
|---|---|
| March 10, 2022 | Disclosures of supplemental expert testimony by Plaintiffs' expert witnesses. |
| March 24, 2022 | Disclosures of supplemental expert testimony by Defendant's expert witnesses. |
| April 15, 2022 | Deadline by which the parties shall notify the Court of the name, address, and telephone number of the agreed-upon mediator, or request that the Court select a mediator, if they are unable to agree on one. |
| May 6, 2022 | All discovery shall be commenced in time to be completed by this date. |
| May 10, 2022 | Deadline to object to any other party's expert witnesses. Objection shall be made by a motion to strike or limit expert testimony and shall be accompanied by a copy of the expert's report in order to provide the court with all the information necessary to make a ruling on any objection. |
| May 26, 2022 | Deadline for motions to dismiss, motions for summary judgment, or other dispositive motions. |
| June 15, 2022 | Mediation deadline. |
| September 15, 2022 | Notice of intent to offer certified records |

| DEADLINE | EVENT |
|---|---|
| September 15, 2022 | Counsel and unrepresented parties are each responsible for contacting opposing counsel and unrepresented parties to determine how they will prepare the Joint Final Pretrial Order (See www.txed.uscourts.gov) and Joint Proposed Jury Instructions and Verdict Form (or Proposed Findings of Fact and Conclusions of Law in non-jury cases). |
| September 22, 2022 | Video Deposition Designation due. Each party who proposes to offer a deposition by video shall serve on all other parties a disclosure identifying the line and page numbers to be offered. All other parties will have seven calendar days to serve a response with any objections and requesting cross-examination line and page numbers to be included. Counsel must consult on any objections and only those which cannot be resolved shall be presented to the court. The party who filed the initial Video Deposition Designation is responsible for preparation of the final edited video in accordance with all parties' designations and the Court's rulings on objections. |
| September 28, 2022 | Motions in limine due. File Joint Final Pretrial Order. (See www.txed.uscourts.gov). |
| October 12, 2022 | Response to motions in limine due. |
| October 12, 2022 | File objections to witnesses, deposition extracts, and exhibits, listed in pre-trial order. (This does not extend the deadline to object to expert witnesses) (Provide the exhibit objected to in the motion or response). If numerous objections are filed the court may set a hearing prior to docket call. File Proposed Jury Instructions/Form of Verdict (or Proposed Findings of Fact and Conclusions of Law). |
| To be determined | If numerous objections are filed the Court may set a hearing to consider all pending motions and objections. |
| December 1, 2022 | Final Pretrial Conference at 9:00 a.m. at the Paul Brown United States Courthouse located at 101 East Pecan Street in Sherman, Texas. Date parties should be prepared to try case. All cases on the Court's Final Pretrial Conference docket for this day have been set at 9:00 a.m. However, prior to the Final Pretrial Conference date, the Court will set a specific time between 9:00 a.m. and 4:00 p.m. for each case, depending on which cases remain on the Court's docket. |
| To be determined | 10:00 a.m. Jury selection and trial at the Paul Brown United States Courthouse located at 101 East Pecan Street in Sherman, Texas. Cases that remain for trial following the Court's Pretrial docket will be tried between **January 3, 2023, and February 3, 2023**. A specific trial date in this time frame will be selected at the Final Pretrial Conference. |

**IT IS SO ORDERED.**
**SIGNED this 22nd day of October, 2021.**

_____
AMOS L. MAZZANT