UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| CINEMARK HOLDINGS, INC., *et al.* § § § *Plaintiffs*, § § v. § § FACTORY MUTUAL INSURANCE § COMPANY, § § *Defendant*. § | CASE NO. 4:21-CV-11-ALM |

## NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL

NOTICE IS HEREBY GIVEN that Rebecca L. Adams of the law firm Lynn Pinker Hurst & Schwegmann, LLP, located at 2100 Ross Avenue, Suite 2700, Dallas, Texas 75201, telephone: (214) 981-3800, facsimile: (214) 981-3811, hereby appears as additional counsel of record for Defendant Factory Mutual Insurance Company.  Ms. Adams respectfully requests that all notices given or required to be given in these proceedings and all papers served or required to be served in these proceedings be served upon the undersigned via ECF or at the office, postal address, electronic mail addresses, or facsimile numbers listed below.

Date:  March 17, 2022                                         Respectfully submitted,

/s/ Rebecca L. Adams
Eric W. Pinker, P.C.
Texas Bar No. 16016550
epinker@lynnllp.com
Rebecca L. Adams
Texas Bar No. 24098255
radams@lynnllp.com
**LYNN PINKER HURST & SCHWEGMANN, LLP**
2100 Ross Avenue, Suite 2700
Dallas, Texas 75201
Telephone: 214-981-3800
Facsimile: 214-981-3839

James V. Chin  (pro hac vice)
jchin@zelle.com
**ZELLE LLP - ATLANTA**
1201 Peachtree Street NW
Suite 610
Atlanta, Georgia 30309
Telephone:  470-867-3041
Facsimile:  612-336-9100

Lindsey A. Davis  (pro hac vice)
ldavis@zelle.com
Laura W. Bartlow  (pro hac vice)
lbartlow@zelle.com
**ZELLE LLP - MINNEAPOLIS**
500 Washington Avenue South, Suite 4000
Minneapolis, Minnesota 55415
Telephone:  612-339-2020
Facsimile:  612-336-9100

Shannon M. O'Malley
Texas Bar No. 24037200
somalley@zelle.com
Michael P. O'Brien
Texas Bar No. 24103418
mobrien@zelle.com
**ZELLE LLP – DALLAS**
901 Main Street, Suite 4000
Dallas, Texas 75202
Telephone:  214-742-3000
Facsimile:  214-760-8994

                Emileigh Stewart Hubbard
                Texas Bar No. 24076717
                ehubbard@hoaf.com
                **HENRY ODDO AUSTIN & FLETCHER, PC**
                1700 Pacific Avenue, Suite 2700
                Dallas, Texas 75201
                Telephone: 214-658-1922
                Facsimile: 214-658-1919

                **ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that on March 17, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to all CM/ECF participants.

                /s/ *Rebecca L. Adams*
                Rebecca L. Adams